UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7404**

IN RE:  ALLAH BURMAN, a/k/a A,

            Petitioner.

On Petition for a Writ of Habeas Corpus.

Submitted:  January 26, 2012          Decided:  February 2, 2012

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Allah Burman, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allah Burman petitions this court for a writ of habeas corpus, challenging the legality of his detention and seeking immediate release. Because Burman is not incarcerated within the Fourth Circuit, we lack jurisdiction to grant the requested relief. See 28 U.S.C. § 2241(a) (2006). We further conclude it is not in the interest of justice to transfer the petition to the district court having jurisdiction to entertain it. See 28 U.S.C. §§ 1631, 2241(b) (2006). Accordingly, we deny leave to proceed in forma pauperis and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED